**JOSEPH E. GOVLICK**
55 Washington Street
East Orange, New Jersey 07017
(973) 677-9000
**Attorney for Defendant**

UNITED STATES DISTRICT COURT OF NEW JERSEY
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO 04 645 (WHW) |
| Plaintiff | |
| v. | |
| JUVENAL GALARZA | ORDER |
| Defendant | |

This matter having been opened to the Court by Joseph E. Govlick, attorney for Juvenal Galarza, and the United States being represented by AUSA Brian Howe, and the United States, having consulted with Linda Palmer, Federal Probation Officer supervising the defendant, and the United States having no objection to the relief sought,

IT IS HEREBY ORDERED:

That Juvenal Galarza is permitted to travel to Ecuador for a period not to exceed twenty-one days and that such travel to commence within twenty one days;

That Juvenal Galarza submit to Federal Probation Officer Linda Palmer, prior to travel, an itinerary and copy of airline tickets associated with that travel;

That, upon his return, Galarza report, within 48 hours, to Federal Probation Officer Linda Palmer, 2000 Dowers Ferry Road, Marietta, Georgia.

Dated: 14 July 2008

HONORABLE WILLIAM H. WALLS.