**JOSEPH E. GOVLICK**
Seven Glenwood Avenue
East Orange, New Jersey 07017
(973) 677-9000
Attorney for Defendant

UNITED STATES DISTRICT COURT OF NEW JERSEY
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO 04 645 (WHW) |
| Plaintiff | |
| v. | |
| JUVENAL GALARZA | CONSENT ORDER |
| Defendant | |

This matter having been opened to the Court by Joseph E. Govlick, attorney for Juvenal Galarza, and the United States being represented by AUSA Brian Howe, and the Federal Probation Officer supervising the defendant having no objection, and the United States having no objection to the relief sought,

IT IS on this 30 day of September 2009 ORDERED:

That Juvenal Galarza is permitted to travel to Ecuador for a period not to exceed thirty-five days and that such travel is to commence within thirty one days;

That Juvenal Galarza submit to his Federal Probation Officer prior to travel, an itinerary and copy of airline tickets associated with that travel;

That, upon his return, Galarza report, within 48 hours, to Federal Probation, 2000 Dowers Ferry Road, Marietta, Georgia.

DATED :                                   HONORABLE WILLIAM H. WALLS